UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

OBRIAN PASTRANA,

                                          Plaintiff,

          -against-                                          24-CV-07348 (BMC)

NEW YORK CITY FIRE DEPARTMENT, NEW YORK
CITY DEPARTMENT OF HEALTH AND MENTAL
HYGIENE, and the CITY OF NEW YORK,


                                          Defendants.

------------------------------------------------------------------------- X


## NOTICE OF APPEAL


Please take notice that Plaintiff Obrian Pastrana hereby appeals to the United States Court

of Appeals for the Second Circuit from (1) the July 31, 2025 Memorandum Decision and Order

entered in this action on August 1, 2025 (ECF No. 28), granting summary judgment to the

Defendants on Plaintiff's Fourteenth Amendment claim, and (2) the Order entered on August 18,

2025, dismissing the case.

Dated: Staten Island, New York                        Respectfully submitted,
          August 29, 2025

                                          _____
                                          Christina Martinez, Esq.
                                          Law Offices of Christina Martinez
                                          245 Bricktown Way, Suite J
                                          Staten Island, NY 10309
                                          T: (347) 215-4543
                                          ChristinaMartinezEsq@gmail.com

**U.S. District Court**
**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:24–cv–07348–BMC**

Pastrana v. New York City Fire Department et al
Assigned to: Judge Brian M. Cogan
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 10/20/2024
Date Terminated: 08/18/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Obrian Pastrana**

represented by **Sujata Sidhu Gibson**
Gibson Law Firm, PLLC
120 E Buffalo St, Suite 2
New York
Ithaca, NY 14850
607–327–3284
Fax: 607–238–4689
Email: sujata@gibsonfirm.law
*ATTORNEY TO BE NOTICED*

**Christina Marie Martinez**
Christina Martinez, Esq.
245 Bricktown Way
Suite J
Staten Island, NY 10309
347–215–4543
Email: christinamartinezesq@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**New York City Fire Department**

represented by **Madeleine Knutson**
New York City Law Department
Labor & Employment Law Division
100 Church Street, Room 2–173
New York, NY 10007
212–356–2445
Email: mknutson@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth F. Jeannite**
New York City Law Department
100 Church Street
New York, NY 10007
212–356–2695
Email: rjeannit@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York City Department of Health**
**and Mental Hygiene**

represented by **Madeleine Knutson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth F. Jeannite**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of New York**        represented by    **Madeleine Knutson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth F. Jeannite**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2024 | 1 | COMPLAINT against City of New York, New York City Department of Health and Mental Hygiene, New York City Fire Department filing fee $ 405, receipt number ANYEDC–18405863 Was the Disclosure Statement on Civil Cover Sheet completed –yes,, filed by Obrian Pastrana. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Martinez, Christina) (Entered: 10/20/2024) |
| 10/21/2024 | | Case Assigned to Judge Brian M. Cogan. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (CV) (Entered: 10/21/2024) |
| 10/21/2024 | 2 | Summons Issued as to City of New York, New York City Department of Health and Mental Hygiene, New York City Fire Department. (CV) (Entered: 10/21/2024) |
| 10/21/2024 | 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (CV) (Entered: 10/21/2024) |
| 10/22/2024 | 4 | SCHEDULING ORDER: A telephonic Initial Status Conference is set for 12/6/2024 at 10:00 am. The parties are directed to call 571–353–2301 and enter Meeting ID 949146687#. See attached mandatory requirements for the conference. Ordered by Judge Brian M. Cogan on 10/22/2024. (PW) (Entered: 10/22/2024) |
| 11/08/2024 | 5 | NOTICE of Appearance by Ruth F. Jeannite on behalf of New York City Fire Department, New York City Department of Health and Mental Hygiene, City of New York (aty to be noticed) (Jeannite, Ruth) (Entered: 11/08/2024) |
| 11/20/2024 | 6 | First MOTION for Extension of Time to File Response/Reply by New York City Fire Department, New York City Department of Health and Mental Hygiene, City of New York. (Jeannite, Ruth) (Entered: 11/20/2024) |
| 11/20/2024 | | ORDER granting in part 6 . Defendants' answer due by 1/20/2025. Initial Status Conference adjourned 1/17/2025 at 12:00 pm. The parties are directed to call 571–353–2301 and enter Meeting ID 949146687# and are reminded of their obligations to comply with the mandatory requirements at 4 with regard to the conference. Ordered by Judge Brian M. Cogan on 11/20/2024. (PW) (Entered: 11/20/2024) |
| 01/13/2025 | 7 | Letter *Joint* by New York City Fire Department, New York City Department of Health and Mental Hygiene, City of New York (Jeannite, Ruth) (Entered: 01/13/2025) |
| 01/16/2025 | 8 | CASE MANAGEMENT STATEMENT (Jeannite, Ruth) (Entered: 01/16/2025) |
| 01/17/2025 | | Minute Entry and Order for Initial Status Conference held before Judge Brian M. Cogan on 1/17/2025. Both sides present by telephone. Plaintiff's amended complaint, if any, due 1/31/2025. Defendants' motion to dismiss due 2/14/2025. The Court set the following discovery schedule: parties to exchange Rule 26(a)(1) disclosures by 2/7/2025; serve written discovery requests by 2/21/2025; produce written discovery by 3/24/2025; complete fact depositions by 5/8/2025, the date fact discovery ends. The last day for filing a letter requesting a pre–motion conference to file dispositive motions shall be 5/15/2025. (PW) (Entered: 01/17/2025) |

| | | |
|---|---|---|
| 01/29/2025 | 9 | NOTICE of Appearance by Sujata Sidhu Gibson on behalf of Obrian Pastrana (aty to be noticed) (Gibson, Sujata) (Entered: 01/29/2025) |
| 01/31/2025 | 10 | AMENDED COMPLAINT against City of New York, New York City Department of Health and Mental Hygiene, New York City Fire Department, filed by Obrian Pastrana. (Attachments: # 1 Exhibit Redlined amended complaint) (Martinez, Christina) (Entered: 01/31/2025) |
| 02/12/2025 | 11 | Letter by New York City Fire Department, New York City Department of Health and Mental Hygiene, City of New York (Jeannite, Ruth) (Entered: 02/12/2025) |
| 02/13/2025 | | ORDER re: 11 Letter. Request granted. Defendants' motion to dismiss due 2/28/2025. The parties are to serve written discovery requests by 2/28/2025.

In addition, counsel is advised that any letter filed in this action must include in the ECF entry line a brief description of the subject matter of the letter, e.g., "Letter request for extension of time to file motion to dismiss," not simply, "Letter", so that the docket remains intelligible. Also, this letter should have been designated as an ECF event Letter "Motion" since it seeks relief from the Court. Do not refile. Ordered by Judge Brian M. Cogan on 2/13/2025. (PW) (Entered: 02/13/2025) |
| 02/28/2025 | 12 | First MOTION to Dismiss for Failure to State a Claim by City of New York, New York City Department of Health and Mental Hygiene, New York City Fire Department. (Attachments: # 1 Memorandum in Support) (Jeannite, Ruth) (Entered: 02/28/2025) |
| 03/21/2025 | 13 | NOTICE of Appearance by Madeleine Knutson on behalf of City of New York, New York City Department of Health and Mental Hygiene, New York City Fire Department (aty to be noticed) (Knutson, Madeleine) (Entered: 03/21/2025) |
| 03/24/2025 | 14 | First MOTION for Extension of Time to File Response/Reply as to 12 First MOTION to Dismiss for Failure to State a Claim *Joint Letter Motion for Approval of Proposed Briefing Schedule* by Obrian Pastrana. (Martinez, Christina) (Entered: 03/24/2025) |
| 03/25/2025 | | ORDER granting 14 . Plaintiff shall file his opposition papers by April 15, 2025; Defendants shall file their reply papers by May 6, 2025. This is an extremely lengthy briefing schedule and the parties should not expect any further extensions. Ordered by Judge Brian M. Cogan on 3/25/2025. (PW) (Entered: 03/25/2025) |
| 04/15/2025 | 15 | MEMORANDUM in Opposition re 12 First MOTION to Dismiss for Failure to State a Claim filed by Obrian Pastrana. (Attachments: # 1 Exhibit FDNY Chief Medical Officer Report) (Martinez, Christina) (Entered: 04/15/2025) |
| 05/06/2025 | 16 | REPLY in Support re 12 First MOTION to Dismiss for Failure to State a Claim filed by City of New York, New York City Department of Health and Mental Hygiene, New York City Fire Department. (Knutson, Madeleine) (Entered: 05/06/2025) |
| 05/06/2025 | 17 | Letter MOTION for Extension of Time to Complete Discovery *re: Fact Discovery* by City of New York, New York City Department of Health and Mental Hygiene, New York City Fire Department. (Knutson, Madeleine) (Entered: 05/06/2025) |
| 05/07/2025 | | ORDER deferring ruling on 17 . The remedy for the failure to cooperate in or promptly pursue discovery is not an extension of time. It is a sanction under Rule 37. The Court will hold a video hearing on 5/12/2025 at 11:00 am on this motion to determine the appropriate sanction. A ZoomGov link will be emailed to counsel of record.

It is entirely possible if not probable that the Court will find that defendants, having waited from 3/31/2025 until 5/8/2025, two days before the end of discovery, to serve a deficiency letter means that defendants have waived the right to obtain the discovery they now seek as well as the imposition of substantial monetary sanctions. It is also entirely possible if not probable that the Court will find plaintiff's failure to deliver medical authorizations for any period that might lead to relevant and proportional evidence requires an order of preclusion or a substantial monetary sanction, or both. In any event, it is highly unlikely that discovery is going to be extended, so the parties may want to think of something else to resolve this issue themselves and avoid sanctions. |

| | | |
|---|---|---|
| | | Since defendants have already violated this Court;s Individual Practice Rules by disguising a discovery dispute as a motion for an extension of time, and thereby prevented plaintiff from contributing to a joint discovery dispute letter as those rules require, plaintiff may submit a letter in advance of the hearing explaining why the information to be produced by the authorizations that defendants seek is not relevant or is disproportionate to the needs of the case. Ordered by Judge Brian M. Cogan on 5/7/2025. (PW) (Entered: 05/07/2025) |
| 05/08/2025 | 18 | REPLY in Opposition re 17 Letter MOTION for Extension of Time to Complete Discovery *re: Fact Discovery* filed by Obrian Pastrana. (Martinez, Christina) (Entered: 05/08/2025) |
| 05/09/2025 | | ORDER re: 18 . A hearing remains necessary to determine the appropriate sanctions. It is adjourned to 5/19/2025 at 10:00 am. The parties will use the ZoomGov link previously provided by email. Ordered by Judge Brian M. Cogan on 5/9/2025. (PW) (Entered: 05/09/2025) |
| 05/15/2025 | 19 | First MOTION for pre motion conference *regarding request to file summary judgment* by Obrian Pastrana. (Martinez, Christina) (Entered: 05/15/2025) |
| 05/15/2025 | 20 | Letter MOTION for pre motion conference *regarding Defendants' Proposed Motion for Summary Judgment* by City of New York, New York City Department of Health and Mental Hygiene, New York City Fire Department. (Knutson, Madeleine) (Entered: 05/15/2025) |
| 05/16/2025 | | ORDER. A Premotion Conference on the proposed motions 19 20 will be held together with the hearing scheduled for 5/19/2025 at 10:00 am. The parties will use the ZoomGov link previously provided by email. Ordered by Judge Brian M. Cogan on 5/16/2025. (PW) (Entered: 05/16/2025) |
| 05/19/2025 | | Minute Entry and Order for Premotion Conference held before Judge Brian M. Cogan on 5/19/2025. Counsel for both sides appeared by video. Defendants' 17 motion for extension of time to complete discovery is denied. If either party seeks to move for summary judgment, the briefing schedule will be as follows: the parties shall file their motions for summary judgment by 6/2/2025; oppositions due 6/16/2025; replies due 6/23/2025. See transcript for details. (Court Reporter: Sophie Nolan.) (PW) (Entered: 05/19/2025) |
| 06/02/2025 | 21 | MOTION for Summary Judgment by City of New York, New York City Department of Health and Mental Hygiene, New York City Fire Department. (Attachments: # 1 Rule 56.1 Statement, # 2 Memorandum in Support, # 3 Declaration, # 4 Exhibit A– Plaintiff's Supplemental Discovery Responses, # 5 Exhibit B– Dr. Bhattacharya Declaration, # 6 Exhibit C– CDC Interim Clinical Considerations, # 7 Exhibit D– Amicus Brief of Drs. Jay Bhattacharya and R. Scott French, # 8 Exhibit E– CDC Myocarditis and Pericarditis, # 9 Exhibit F– CDC Outbreak of SARS–CoV–2 Infections, # 10 Exhibit G– Statement from CDC Director, # 11 Exhibit H– CNN Health, # 12 Exhibit I– CDC Science Brief, # 13 Exhibit J– New England Journal of Medicine, # 14 Exhibit K– Dr. Risch Declaration, # 15 Exhibit L– Dr. Mina Declaration, # 16 Exhibit M– FDNY Buck Slip, # 17 Exhibit N– Nguyen Declaration, # 18 Exhibit O– Dr. Chandswang BHS Notes November 16, 2021, # 19 Exhibit P– Dr. Olender BHS Notes December 10, 2021, # 20 Exhibit Q– Dr. Kakoulas BHS Notes November 26, 2021, # 21 Exhibit R– DOHMH Order, # 22 Exhibit S– Medical Board Recommendation) (Knutson, Madeleine) (Entered: 06/02/2025) |
| 06/02/2025 | 22 | MOTION for Summary Judgment by Obrian Pastrana. (Attachments: # 1 Rule 56.1 Statement, # 2 Memorandum in Support, # 3 Declaration Plaintiff Obrian Pastrana, # 4 Declaration Attorney Christina Martinez, # 5 Declaration Robert Banome, # 6 Affidavit Kevin Whalen, # 7 Declaration Stephen Fitzgerald, # 8 Exhibit Ex 1 – Fire Commissioner's application, # 9 Exhibit Ex 2 – BHS MD–9 Summary, # 10 Exhibit Ex 3 – New York Presbyterian After Visit Summary, 11/15/2021, # 11 Exhibit Ex 4 – Garnet Health Medical Center After Visit Summary, November 21, 2021, # 12 Exhibit Ex 5 – CDC Contraindications, # 13 Exhibit Ex 6 – BHS Examination Reports, # 14 Exhibit Ex 7 – Subchapter 2 Medical Board Recommendation, # 15 Exhibit Ex 8 – Fire Pension Fund Board Meeting Minutes, # 16 Exhibit Ex 9 – Nguyen Aff., # 17 Exhibit Ex 10 – FAQs, # 18 Exhibit Ex 11 – Nguyn Deposition Tr., # 19 Exhibit Ex 12 – FDNY tracking spreadsheet, # 20 Exhibit Ex 13 – Vasquez, Def. Resps. to Pl.'s First Set of Interrogatories, # 21 Exhibit Ex. 14 – Vasquez, Def. Supplemental Resps. |

| | | |
|---|---|---|
| | | to Pl.'s First Set of Interrogs, # 22 Exhibit Ex 15 – Vaccine Mandate, # 23 Exhibit Ex. 16 – State Court Verified Answer, # 24 Exhibit Ex 17 – Vaccine Mandate Amendment, # 25 Exhibit Ex. 18 – Fire Pension Fund Determinatio, # 26 Exhibit Ex. 19 – State Court Decision & Order) (Martinez, Christina) (Entered: 06/02/2025) |
| 06/13/2025 | 23 | First MOTION for Extension of Time to File Response/Reply by Obrian Pastrana. (Martinez, Christina) (Entered: 06/13/2025) |
| 06/13/2025 | | ORDER granting 23 . Oppositions due by 6/30/2025; replies due 7/7/2025. Ordered by Judge Brian M. Cogan on 6/13/2025. (PW) (Entered: 06/13/2025) |
| 06/30/2025 | 24 | MEMORANDUM in Opposition re 22 MOTION for Summary Judgment filed by City of New York, New York City Department of Health and Mental Hygiene, New York City Fire Department. (Attachments: # 1 Rule 56.1 Statement in Opposition to Plaintiff's Rule 56.1 Statement) (Knutson, Madeleine) (Entered: 06/30/2025) |
| 06/30/2025 | 25 | MEMORANDUM in Opposition re 21 MOTION for Summary Judgment filed by Obrian Pastrana. (Attachments: # 1 Rule 56.1 Statement In opposition to Def. Rule 56.1 Statement) (Gibson, Sujata) (Entered: 06/30/2025) |
| 07/07/2025 | 26 | REPLY in Support re 21 MOTION for Summary Judgment filed by City of New York, New York City Department of Health and Mental Hygiene, New York City Fire Department. (Knutson, Madeleine) (Entered: 07/07/2025) |
| 07/07/2025 | 27 | REPLY in Support re 22 MOTION for Summary Judgment filed by Obrian Pastrana. (Martinez, Christina) (Entered: 07/07/2025) |
| 08/01/2025 | 28 | MEMORANDUM DECISION AND ORDER re: the City's motion for summary judgment on Pastrana's Fourteenth Amendment claim is granted. The parties are ORDERED TO SHOW CAUSE within 14 days why the Court should not decline to exercise subject matter jurisdiction over plaintiff's remaining state law claims. ( Ordered by Judge Brian M. Cogan on 7/31/25 ) (RG) (Entered: 08/01/2025) |
| 08/18/2025 | | ORDER DISMISSING CASE. "[W]hen dismissal of federal claims occurs on summary judgment, the 'default rule' is that state law claims should be dismissed without prejudice to refiling in state court." Bonaffini v. City Univ. of New York, 751 F. Supp. 3d 67, 81 (E.D.N.Y. 2024). The parties have not responded to the Court's 8/1/2025 ORDER TO SHOW CAUSE why the Court should not follow this default rule and decline to exercise subject matter jurisdiction over plaintiff's remaining state law claims. Nor does the Court find any such reason. "[B]alanc[ing] the values of judicial economy, convenience, fairness, and comity," Klein & Co. Futures v. Bd. of Trade of City of New York, 464 F.3d 255, 262 (2d Cir. 2006), there is no unfairness or inconvenience in the parties litigating the remaining claims in state court. Ordered by Judge Brian M. Cogan on 8/18/2025. (PW) (Entered: 08/18/2025) |
| 08/29/2025 | 29 | NOTICE OF APPEAL by Obrian Pastrana. Filing fee $ 605, receipt number ANYEDC–19399332. Appeal Record due by 10/8/2025. (Martinez, Christina) (Entered: 08/29/2025) |